COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: Miroyon  Michael
 (Last)  (First)  (Middle Initial)

Prisoner Number: AH 211; Bkg# 15048913

Institutional Address: C/o Elmwood Jail;
701 S. Abel St.
Milpitas, CA. 95035-5243

FILED
FEB 26 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Miroyan
(Enter your full name.)

vs.

Judge Stephen Manley
Francis Cole Attorney And
John Does 1-30
(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV16 958 JCS (PR)
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

I. Exhaustion of Administrative Remedies. N/A This Lawsuit is against A superior court Judge & AN Attorney who is violating my civil rights.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement Elmwood Jail, Milpitas, CA

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐   N/A

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒   N/A

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: Not applicable because the form I'm using is all I have and it's not against an Institution its against A superior court judge in san jose, CA. AND AN Attorney Involving civil Rights Abuses.

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3  Civil rights Lawsuit Against state Actors AND AN Attorney

2. First formal level: N/A see D1

3. Second formal level: N/A see D1

4. Third formal level: N/A see D1

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐   NO ☐   N/A

F. If you did not present your claim for review through the grievance procedure, explain why.

This Action is against a superior Court judge Stephen Manley who for a variety of reasons is violating my civil rights and who has conflict of interest and more AND A CA. Licensed Attorney Francis Cole Et Al

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Michael Miroyan A++211; Elmwood Jail
701 So. Abel St
Milpitas, CA. 95035-5243

B. For each defendant, provide full name, official position and place of employment.

① The Honorable Stephen Manley, superior court Judge @ "Drug Court"
115 Terraine St. Dept.64
San Jose, CA· 95110

② Francis Cole attorney Third St. "San Jose, Ca. *

* Plantiff has no access to phone books, addresses, etc at the Elmwood Jail - nor to his personal papers or his contact list.

See synopsis of claim - Addendum "OMG" + Declaration "A"

conflict

### III. Statement of Claim. Loss of Emotional equity in Rancho, CA.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) Judge Manley Allowed Francis Cole An Attorney I had never met, come into my court cases* under the guise of Representing me on behalf of my 2 brothers, peter and Robert Miroyan; Frank cole then Filed A Restraining order on behalf of the 2 brothers and continued to represent me in Manley's Court. Cole deterred Ingo Brauer from representing me after he was paid to do so and so did Judge Manley between July 2015 - Sept. 2015.

2) Judge Manley declared me mentally ill in open court and ordered me to take psyche meds in jail or he wouldn't release me in Aug of 2015. Judge Manley practices medicine w/out a license.

3) See; Declaration "A" + "OMG"; cruel + unusual punishment 4) false imprisonment and collusion w/ Attorney Frank Cole, Miroyan brothers And others to be named more

### IV. Relief. → $12 million dollars - I demand a jury trial.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

1) I request injunctive and declaratory relief from Judge Manley; I request a hearing on his vindictiveness; his conflicts of interest, the lack of due process in his "Mental Health" courtroom; I request a trial for monetary damages for false imprisonment as to how he's kept me incarcerated for (see Declaration) Months for MISDEMENORS → CASE# C1525231 S. Clara Ct.

plus civil rights violations; collusion; fraud; All the above + mentioned in my declarations "A" + "OMG"

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2/18/16

_____
Date

_____
Signature of Plaintiff
Michael Miroyan

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

plaintiff has only a pencil at the Elmwood Jail with which to file his pleadings; Manley controls 3 felony cases C1230059, C1234006; C1354149 all santa clara county began custody 9-30-14, (see enclosed list of cases)

*M. Miroyan incarcerated since 11/23/15 w/ bail at $15,000 but not allowed to post bail; MANLEY orders "NO BAIL ALLOWED"*
*Todays Date: 2/18/16  Bivens Action*

MIROYAN, MICHAEL     15048913/ ATT211

*Date of Incarceration*
CASE # C1525231   *11/23/15*   NEXT COURT DATE: 02/05/16 AT 130 IN DEPT 42   *Judge Cena Transcript of 2/5/11 requested*

HS 11377(A), HS 11550(A), HS 11364, PC 148.9, VC 14601.2(A), VC 23222(B)

BAIL: $15,000.00

CASE # C1234006              NEXT COURT DATE: 01/19/16 AT 900 IN DEPT 64   *MANLEY*

HS 11360(A), HS 11550(A), HS 11364.1

BAIL: NO BAIL ALLOWED

CASE # C1230059              NEXT COURT DATE: 1/19/16 AT 900 IN DEPT 64   *MANLEY*

HS 11377(A), HS 11550(A), VC 23152(A), HS 11364.1, HS 11357(B)

BAIL: $20,000.00

CASE # C1493736              NEXT COURT DATE: 1/19/16 AT 900 IN DEPT 64   *MANLEY*

PC 148.9(A)

BAIL: $20,000.00

CASE # C1490995              NEXT COURT DATE: 1/19/16 AT 900 IN DEPT 64   *MANLEY*

PC 484/488

BAIL: $20,000.00

CASE # C1354149              NEXT COURT DATE: 1/19/16 AT 900 IN DEPT 64   *MANLEY*

HS 11377(A), HS 11550(A), HS 11357(B), HS 11364.1

BAIL: $20,000.00

*I swear under penalty of perjury of the laws of State of Calif. that which I've written in pencil on this 1 page is all true.*
*2/18/16   Miroyan*

2/20/16 Addendum OMG
Statement of claim Synopsis
& Bullet point format - See Declarations of Michael Miroyan A+B
Declaration "OMG" by Michael Miroyan in support of Bivens 2/18/16

- Manley violates: of clause 3 U.S. Const. Oath of office

- Manley violates: 1st Amendment freedom of speech & petition for A Redress of Grievences & Timelines there of; Plantiff Miroyans pleadings are being destroyed by the Clerk's office at terraine St.

- Manley & Cole violated: 6th Amendment rights by denying the right to confront my witnesses believing they were probation officers instead it's the Judge Manley + IAC malpractice conflicts collusion fraud conspiracy to deprive me of the due process of law. Cole's conflict; malpractice taking $ from 2 clients simultaneously; Actual conflict yet Manley approves

- Manley violates Amendment 8: No bail allowed, excessive punishment, cruel & unusual punishment. "NBA" by Manley (see printout of charges) on 1/29/16 Manley removed Plantiff from Dept 64, then sealed the transcript to protect herself in case # C1234006

- Manley violates Amendment XIII involuntary servitude w/o me being convicted of a crime

- Manley & Cole violated: Amendment V deprived me of liberty, life of freedom & As a result, Loss of property without due process of Law for a variety of reasons and his actions are crimes and unlawful acts.

- Both Manley & Cole violate Amendments XIV by ① depriving me of life denial of due process of Law; ② Liberty and property by abridoment of priviledge of US citines; denial of equal probation under the law; Deprivation of life, liberty and property w/o due process of law and denial of my right to equal protection of the Laws!

I swear under penalty of perjury of the laws of the great state of California all the above is true.
M. Miroyan 2/18/16

```
                                                                    CASE NO.    C1493736
     7   TERRAINE COURT                                      TC:E  CEN          14521169
         115 TERRAINE STREET                      DATE       01/29/2016  9:01   DEPT.    64
         SAN JOSE, CA 95110
PEOPLE VS.  MICHAEL HAROUTUN MIROYAN                                     07/19/1952 CAA0135620   CDY BK:N
L.K.A.      620 VASONA AV                         CLERK      LUCERO AGUILAR BERNASCO    ATT211  M
            LOS GATOS, CA 95032                   HEARING    TC MENTAL HEALTH  ORDER OF COUR
JUDGE       HON. STEPHEN V. MANLEY                DV: AGENCY  MI-04308-S1729-SMITH
REPORTER    S. ANTONIO                            CHILD: STATUS  I-SET -20000               TW
DEF. ATTY.  PUBLIC DEFENDER (P)         D.A. CHADWICK         APO  GAGNON              SUPO: P503
CHARGES     M(001) PC148.9(A)                                                    VIOLATION DATE
                                                                                 08/25/2014
```

Handwritten notes visible: "Marsden hearing transcript to protect himself", "2-11-16 9 64", "Marsden hearing held transcripts ordered sealed", "Marsden without prejudice", "PO & DA excused"

**NEXT APPEARANCE** _____ ☐ RAS  ☐ VACATE

☑ Defendant Present  ☐ Not Present  ☐ App Wav  ☑ Atty Present _____ ☐ AD / PD / IDO / Special App / General App
☐ Arr'd  ☐ Adv  ☐ Arr Wav  ☐ Amend Comp/Info  ☐ Arr  ☐ Plea  ☐ IDC  ☐ PTC  ☐ Prob / Sent  ☐ Interpreter _____ ☐ Sworn
☐ PC977  ☐ Filed  ☐ On File  ☐ Reptr. Adv / Wav  ☐ Bail/ OR/ SORP  ☐ Fur-Hrg  ☐ FAR / ERC / MTC  ☐ Bail Apply  ☐ Balance Exonerated
☐ NG  ☐ Entered by CRT  ☐ NGBRI / Adv  ☐ PSet  ☐ Prelim  ☐ Review  ☐ VOP Hrng  ☐ Bail Exonerated  ☐ Forfeited  Bond #_____
☐ Denies Priors/ Allegations/ Enhancements/ Refusal  ☐ MH/PRC/ MS/ PRCS  ☐ Romero  ☐ POE/DEJ  ☐ Reassumption Filed  ☐ Forfeiture Set Aside  ☐ Bail Rein
☐ TW  ☐ TNW  ☐ TW / WD  ☐ TW Sentence  ☐ 1st Appearance  ☐ Ref'd _____  ☐ $_____ Costs Within 30 Days to Court
☐ Ref / Appt PD / AD / IDO  ☐ Conflict Decl  ☐ APO / Prop 36  ☐ P36 Re-Assm't  ☐ DADS  ☐ SORP / OR  ☐ Revoked  ☐ Reinstated  ☐ May Post & Forfeit
☐ _____ Relieved _____ Appt'd  ☐ Crim Proc Susp  ☐ Rein  ☐ Order of Court  ☐ BW Ordered $_____  ☐ Stayed  ☐ To Issue
☑ Hrg on Motion  Marsden  ☐ Doubt Decl Pursuant PC1368  ☐ Rect Dr Rpt  ☐ No Cite Release/SCIT Release  ☐ No Request  ☐ Cash Only
☑ Granted  ☐ Denied  ☐ Submitted  ☐ Off Cal  ☐ Subm on Report  ☐ Found  ☐ BW Set Aside / Recalled  ☐ Remains Out  ☐ Filed  ☐ CRJ
☐ Stip to Comm  ☐ Drs. Appointed  ☐ PRC / MS / PRCS / MH Opts in Filed  ☐ Other _____  PO & DA excused
☐ Prelim Wav  ☐ Certified to General Jurisdiction  ☐ MDA / COM Amended to _____
☐ Successful Completion of Drug Treatment Program  ☐ Plea Set Aside Not Guilty Plea Entered  ☐ Dismissed Pursuant to PC1210.1(e)(1)/1203.4  ☐ Probation Terminated
☐ Proof shown: Sponsor Letter / TSR / Registration/Test Schedule/____ mtgs/week  ☐ Bring Proof: Sponsor Letter / TSR / Registration/Test Schedule/____ mtgs/week
**PLEA Conditions:** ☐ None  ☐ No State Prison  ☐ PC17 after 1 Yr Prob  ☐ Includes VOP _____  ☐ Add to Cal.  ☐ Vacate pending date
☐ Jail / Prison Term of  Marsden hearing held & transcripts ordered sealed
☐ Dismissal / Striking _____  ☐ Subm time of Sent  ☐ Harvey Stip
☐ Adv / MaxPen / Parole / Prob / Immig / Appeal  ☐ Reg PC290/HS11590/PC457.1/PC186.30  ☐ FSF  ☐ Fines/Fees  ☐ PC29800/PC29805/30305/666/VC14607.8/23593(a)
☐ Wav Right to  ☐ Counsel  ☐ Court / Jury Trial  ☐ Subpoena / Confront / Examine Witnesses  ☐ Self-incrimination  ☐ Written Waiver filed  ☐ Plea / Absentia filed
☐ COP  ☐ GUILTY  ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors  ☐ PC17  ☐ Arbuckle  ☐ Factual Basis found  ☐ Findings stated
☐ Sentence Suspended _____  ☐ Probation Denied  ☐ DEJ Eligibility Filed  ☐ DEJ Granted / Rein / Term / Cont'd Fee $____  ☐ Guilty Plea Rendered Jdmt entered
☐ **Prop 36:** Granted / Unamenable / Unavailable / Refused / Terminated / Disqualified  |  **FINES/FEES: PAY TO** ☐ Ref to DOR  ☐ COURT  ☐ TODAY
☐ Waives Referral  ☐ Ref'd to APO Full Report / CTS / Graduation / MHPO / DTCPO  |  COUNT ____ $____ + PA $____  ☐ Purs HS11350d
**PROBATION:** ☐ Execution  ☐ Imposition of sentence suspended for probation period  |  COUNT ____ $____ + PA $____
☐ COURT  ☐ FORMAL PROBATION GRANTED for ____ Days / Mos / Yrs  |  AIDS / CPP $____ + PA $____  SORP _____
☐ Report to APO within ____ Days  ☐ Terminated  ☐ Upon Release  |  DPF $____ + PA $____  EMAT $____
☐ Perform ____ Hrs Volunteer Work as directed PO / SAP / CAP  ☐ in lieu of fine  |  LAB $____ + PA $____
☐ Not drive w/o valid DL & Ins  ☐ Adv VC23600  ☐ HTO  ☐ Re-Refer  |  DRF / RF $____  Add'l RF $____  Susp'd PC1202.44 / 45
☐ MOP  ☐ FOP  ☐ 12 hrs  ☐ 3 mos  ☐ 9 mos  Enroll within ____ days  ☐ Deleted  |  AEF $____  Original Fine $____
☐ DL Susp/ Restr'd/ Rvk'd for _____ ☐ To, from, during Work/AlcoPrg/Jail/Sch/App  |  SECA $____  **CTS PC2900.5** $____
☐ IID Not / Ordered / Rmv'd Term ____ Yrs  ☐ DSA thru APO / DOR / CRT  ☐ Filed  |  ICMF $____  **TOTAL DUE** $____
☐ **DVPO** issued / mod / term'd Exp _____  ☐ **Victim Present**  ☐ **PC1202.05**  |  ICIN  Payments Granted / Modified
☐ **No Contact**  ☐ **Peaceful Contact**  ☐ **Victim / Or Family / Co Deft**  |  AR $____ / Mo beginning _____
☐ Not own/possess deadly weapons / Ammo  ☐ Destroy / Return Weapon _____  |  ATTY $____  FINE STAYED
☐ Submit Search / Testing  ☐ Educ/Voc Trng/Empl  ☐ No alcohol / drugs or where sold  |  ASF ($25) $____  Committed @ $____ /day  ☐ May Pay Out
☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting cnsl / prgm  |  CPF ($10) $____  Consec / Conc to _____
☐ PC296 (DNA)  ☐ PC1202.1 HIV Test / Education  ☐ Out Pat /T.H.U. / S.L.E / Resid  |  All / Balance $____  Fine / Fees  ☐ Deemed Satisfied  ☐ Commuted
**VOP:** ☐ Wav  ☐ Arr'd ____  ☐ Admits/Denies Viol  ☐ Court Finds VOP# ____ / No VOP  |  P/INVEST $____  ☐ P/SUP $____ / Mo  ☐ Waived
Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext / Reduced to _____  |  CJAF: $259.50 / $129.75 $____
☐ Original Terms & Conditions Except as Amended herein  ☐ Obey all laws  |  ☐ Restitution $____ to _____
☐ Co-terminous with _____  ☐ No Further Penalties / Reviews  |  ☐ To be determined by APO/Court  ☐ Referred to DA  ☐ Collect Civilly
Other _____                                                              |  ☐ Service Rendered Fines & Fees Deleted

**JAIL / PRISON:** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons  ☐ BLENDED SENTENCE                 County Jail
Count  F/M     Violation     Prison Term / Yrs     Enhancement / Priors     Yrs / Styd / Strkn     HRS / DAYS / MOS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Enhancement  Yrs / S     Enhancement  Yrs / S     Enhancement  Yrs / S     Enhancement  Yrs / S     Enhancement  Yrs / S     Total

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**CTS** = _____ **ACT** + _____  ☐ PC4019  ☐ ½  ☐ ⅓  ☐ PC2933.1 = _____     TOTAL   TOTAL TERM _____
                                                                                     CDCR / 1170h / CJ
☐ Straight time  ☐ In Camp  ☐ WWP  ☐ PC1209 Fees  ☐ Waived  ☐ Court Recommends All _____ Except  ☐ EMP/PSP/ERP/DRP/Co Parole/NP _____
☐ Sent Deemed Srv'd  ☐ Rpt to Parole/Prob w/in _____  ☐ Adv/ORD _____ Yrs / Mos Parole / MS / PRCS / Appeal  ☐ Consec  ☐ Conc to _____
☐ Bal CJ  ☐ Susp  ☐ All but ____ Hrs/Days/Mos  ☐ On Cond Complete Residential Treatment Prgm  ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process _____ AM/PM  ☐ **Stay / Surrender / Transport to** _____ @ _____ AM/PM or Sooner
☑ **REMANDED-BAIL** $_____  ☐ **NO BAIL**  ☐ **REMAIN AS SET**  ☐ **COMMITTED**  ☐ **RELEASED**  ☐ **OR**  ☐ **SORP**  ☐ **P36 / MH / ReEntry**  ☐ **JAC Phone Assessment**
☐ AS COND OF SORP  ☐ BAIL INCREASED/REDUCED  ☐ TO PRGM AS REC BY JAC DOC TO ARRANGE TRANSPORT UPON AVAIL BED  ☐ PRO REMAIN IN EFFECT

DISTRIBUTION:   ORIGINAL - FILE,   GREEN - DOC,   BLUE - CJIC / DOR   PURPLE - PROBATION,   BROWN - DEFENDANT

2/18/16

Declaration "A" of Michael Miroyan in support of Civil Rights Violations filed w/ the NDCA Federal Court via mail on 2/18/16

(1) Judge Stephen V. Manley ("Manley") is not a Calif. Licensed Doctor yet he has declared Plantiff Mirogan ("M") mentally ill and demanded he take psyche meds in jail or he would not release him (July 2015-....)
Plantiff, who is in jail for misdemeanors since 11-23-15 and who has a $15,000 scheduled bail but who is not allowed to bail due to Manley's vindictive and unwarranted "NBA" hold, recently has refused to take psyche meds anymore.

(2) Upon Plantiff's Marsden Motion on 1/29/16 and the discussion of #1 above, Manley had M removed from the Court after only 12 minutes; then when he was out of Court, Manley on his own motion sealed, in an illegal act of cowardice, the transcript and Plantiff's words therein in a desperate act to protect himself.

(3) Plantiff never gets to speak in Court; if he does Manley has M removed every time denial of 1st Amendment Rights

(4) Manley is a member at La Rinconada Country Club and rides his membership and presides over M's garden variety drug possession cases viciously w/o disclosing his conflict of knowing M's 2 brothers, 1 of which Robert sits on the Board. Judge Mark Pierce properly recuses himself from M's cases. The 2 M Bros filed a Restraining order by Francis Cole, atty while Cole simultaneously represented Plantiff in Manley's Court and Manley allowed him to continue to do so. I swear under penalty of perjury of the laws the State of Calif. all the above is true 2/18/16 Michael Mirogan