MICHAEL MURGYAN A99217
C/O ELMWOOD JAIL M8A
701. So. Abel St.
Milpitas, Ca.
95035-5248

RECEIVED
2016 FEB 23 P 1:32
SUSAN Y. SOONG
CLERK, U.S DISTRICT COURT
NO. DIST. OF CA.

U.S. MARSHALS SERVICE
INSPECTED
FEB 23 2016

Legal Mail

County Jail
Generated Mail

COUNTY
GENERAT

Judge Stephen Manley & Attorney FRANK COLE
Bivens Action Enclosed

erk of the Court
50 Golden Gate Ave; Box 36060
SF, CA
94102

Y JAIL
ED